In the Matter of the Claim of ISABELLE KANE, Respondent, against MORSE DRY DOCK AND REPAIR COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Argued January 5, 1938; decided January 25, 1938.

*Francis J. Ryan, Jr.*, and *Courtland Palmer* for appellant.

*John J. Bennett, Jr.*, Attorney-General (*Roy Wiedersum* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

Appeal dismissed, with costs; no opinion. (See 277 N. Y. 652.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.